IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF RESPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>HON. WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | No. 1:19-cv-3557 (RDM) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

Defendants William P. Barr, in his official capacity as Attorney General, and Wilbur Ross, Jr., in his official capacity as Secretary of Commerce, respectfully move for an extension of time of three hours and 56 minutes, nunc pro tunc, in which to file their opposition to the Committee's motion for summary judgment and cross-motion. *See* Minute Order dated December 13, 2019 (setting January 13, 2020, deadline).

In support of this motion, counsel for Defendants submit that they expended tremendous time and effort to comply with the Court's filing deadline. Regrettably, despite the best efforts of the undersigned, and the other attorneys assigned to the case, Defendants were unable to finalize their opposition and cross-motion, including numerous declarations, supporting exhibits, and factual statements, in time to be filed before the midnight deadline on January 13, 2020. Counsel for Defendants regret any inconvenience this may cause the Court and counsel for Plaintiff.

Dated: January 14, 2020                    Respectfully submitted,

                                           JOSEPH H. HUNT
                                           Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

  /s/   *James Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

STEVEN A. MYERS (NY Bar No. 4823043)
GARY D. FELDON (DC Bar No. 987142)
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-3358
Fax: (202) 616-8470
Email: james.gilligan@usdoj.gov

*Attorneys for Defendant*