# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>      *Plaintiff*,<br><br> v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>      *Defendants*. | No. 19-cv-3557 (RDM) |

## **NOTICE**

At the motions hearing held on January 30, 2020, the Court directed Defendants to file by today a notice regarding their willingness to provide the so-called priority documents over which the President has made a conclusive assertion of executive privilege to the Court for its *in camera*, *ex parte* review.

As the Court is aware, the President has formally asserted executive privilege over the priority documents. Therefore, to ascertain whether there is any objection to submitting the documents for *in camera, ex parte* review, undersigned counsel must consult not only with Defendants but also with the Office of the Counsel to the President. Unfortunately, the attorneys in that Office with whom undersigned counsel must confer about this matter have thus far been unavailable to consider this issue due to their participation in ongoing proceedings in the United States Senate.

.

Defendants accordingly propose to file a further notice, no later than Monday, February 3, 2020, to advise the Court of their willingness to submit the priority documents for the Court's review. Defendants regret any inconvenience this delay may cause the Court.

Dated: January 31, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director


 /s/ James Gilligan
JAMES J. GILLIGAN
Special Litigation Counsel

GARY D. FELDON (DC Bar No. 987142)
STEVEN A. MYERS (NY Bar No. 4823043)
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-3358
Fax:          (202) 616-8470
E-mail:      james.gilligan@usdoj.gov

*Attorneys for Defendants*