IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | No. 19-cv-3557 (RDM) |

## NOTICE

At the motions hearing held on January 30, 2020, the Court directed Defendants to indicate whether they would agree to provide the so-called priority documents over which the President has made a conclusive assertion of executive privilege to the Court for its *in camera*, *ex parte* review. *See also* Minute Entry dated January 30, 2020; Minute Order dated January 31, 2020.

As the Court is aware, Defendants dispute that the Court has jurisdiction to decide this case and further dispute that Plaintiff possesses a cause of action. Notwithstanding those threshold objections, which Defendants expressly maintain, Defendants are willing to provide these materials for the Court's *in camera*, *ex parte* review as a courtesy to the Court.

Defendants will deliver the materials to chambers by the close of business on Tuesday, February 4, 2020.

Dated: February 3, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ James Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

GARY D. FELDON (DC Bar No. 987142)
STEVEN A. MYERS (NY Bar No. 4823043)
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-3358
Fax:           (202) 616-8470
E-mail:     james.gilligan@usdoj.gov

*Attorneys for Defendants*