**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> *Plaintiff*, <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*, <br><br> *Defendants.* | No. 19-cv-3557 (RDM) |

**JOINT STATUS REPORT**

Plaintiff Committee on Oversight and Reform of the U.S. House of Representatives (the "Committee"), and Defendants Barr and Ross, in their official capacities, respectfully submit this further report on their continuing efforts to resolve their differences over the subpoenas served on Defendants by the Committee, in accordance with the parties' Joint Status Report of February 13, 2020 (ECF No. 34), and the Court's Minute Order of February 14, 2020.

Since their February 13 report, the parties have continued to confer and exchange written proposals concerning the additional documents sought by the subpoenas apart from those identified by the Committee as "priority" documents. The parties respectfully propose, therefore, that they update the Court again on their efforts to reach an accommodation concerning these documents by joint status report on March 12, 2020.[1]

---

[1] Defendants remain of the view, as stated in the parties' February 13, report, that an accommodation may also be possible regarding the priority documents. If the Committee were to explain its need for specific items of information withheld from the priority documents, Defendants are still prepared to explore various possible means of providing the Committee with

Respectfully submitted,

/s/ *Douglas N. Letter*
Douglas N. Letter (DC Bar No. 253492)
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
   *Principal Deputy General Counsel*
Megan Barbero (MA Bar No. 668854)
   *Deputy General Counsel*
Josephine Morse (DC Bar No. 1531317)
   *Deputy General Counsel*
Adam A. Grogg (DC Bar No. 1552438)
   *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

David A. O'Neil (DC Bar No. 1030615)
Anna A. Moody (DC Bar No. 1047647)
Laura E. O'Neill (DC Bar No. 1033764)
Nathaniel Johnson (DC Bar No. 241433)

DEBEVOISE & PLIMPTON, LLP
801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8000

*Counsel for Plaintiff the Committee on Oversight and Reform, U.S. House of Representatives*

---

information it seeks, while still protecting the confidentiality of internal Executive Branch deliberations.

    The Committee's position remains that the parties' fundamental legal dispute prevents any accommodation regarding the "priority" documents. As the Committee explained in the February 13 report, it has established its need and legislative purpose for the priority documents numerous times. *See* ECF No. 34 at 2. Defendants seek to unilaterally impose a heightened, redaction-by-redaction standard for disclosure of the priority documents that is wholly unsupported by the operative law. Defendants have given every indication that, regardless of what the Committee says, they will never consider their proposed standard satisfied. *See id.* at 3. The Committee further notes that Defendants have not offered to produce any of the priority documents, but rather have indicated that they would consider providing only newly created written responses to general questions about Defendants' conduct. Accordingly, the parties are at impasse and require judicial resolution regarding the priority documents.

2

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

 /s/ James J. Gilligan
JAMES J. GILLIGAN
Special Litigation Counsel

GARY D. FELDON (DC Bar No. 987142)
STEVEN A. MYERS (NY Bar No. 4823043)
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
P.O.  Box 883
Washington, D.C.  20044
Telephone: (202) 514-3358
Fax:         (202) 616-8470
E-mail:     james.gilligan@usdoj.gov

*Attorneys for Defendants*

February 27, 2020