# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>        *Plaintiff*,<br><br>    v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>        *Defendants*. | No. 19-cv-3557 (RDM) |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully notify the Court of the D.C. Circuit's recent decision in *Committee on the Judiciary v. McGahn*, No. 19-5331 (D.C. Cir. Feb. 28, 2020) (attached hereto as Exhibit A), which requires dismissal of this case.

Dated:  March 2, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

JAMES J. GILLIGAN
Special Litigation Counsel

 */s/ Steven A. Myers*
GARY D. FELDON (DC Bar No. 987142)
STEVEN A. MYERS (NY Bar No. 4823043)
Trial Attorneys

United States Department of Justice

Civil Division, Federal Programs Branch  
P.O. Box 883  
Washington, D.C. 20044  
Telephone: (202) 305-8648  
Fax:      (202) 616-8470  
E-mail:   steven.a.myers@usdoj.gov

*Attorneys for Defendants*