# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>                 *Plaintiff*,<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>                 *Defendants*. | No. 19-cv-3557 (RDM) |

## JOINT STATUS REPORT

The parties respectfully submit this further report on their continuing efforts to resolve their differences over the subpoenas served on Defendants Barr and Ross, in their official capacities, by Plaintiff, the Committee on Oversight and Reform of the U.S. House of Representatives, in accordance with the parties' Joint Status Report of February 27, 2020 (ECF No. 35), and the Court's Minute Order of February 28, 2020. Since their February 27 report, the parties have continued to confer and exchange written proposals concerning the additional documents sought by the subpoenas apart from those identified by the Committee as "priority" documents. The parties respectfully propose, therefore, that they update the Court again on their efforts to reach an accommodation concerning these documents in the joint status report due March 20, 2020, concerning next steps in the litigation. *See* Minute Order dated March 10, 2020.

                                                      Respectfully submitted,

                                                      /s/ Douglas N. Letter
                                                      Douglas N. Letter (DC Bar No. 253492)

    *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
    *Principal Deputy General Counsel*
Megan Barbero (MA Bar No. 668854)
    *Deputy General Counsel*
Josephine Morse (DC Bar No. 1531317)
    *Deputy General Counsel*
Adam A. Grogg (DC Bar No. 1552438)
    *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

David A. O'Neil (DC Bar No. 1030615)
Anna A. Moody (DC Bar No. 1047647)
Laura E. O'Neill (DC Bar No. 1033764)
Nathaniel Johnson (DC Bar No. 241433)

DEBEVOISE & PLIMPTON, LLP
801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8000

*Counsel for Plaintiff the Committee on Oversight and Reform, U.S. House of Representatives*

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

GARY D. FELDON (DC Bar No. 987142)
STEVEN A. MYERS (NY Bar No. 4823043)
Trial Attorneys

2

                United States Department of Justice
                Civil Division, Federal Programs Branch
                P.O. Box 883
                Washington, D.C. 20044
                Telephone: (202) 514-3358
                Fax:       (202) 616-8470
                E-mail:   james.gilligan@usdoj.gov

                *Attorneys for Defendants*

March 12, 2020