**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

COMMITTEE ON OVERSIGHT AND
   REFORM, UNITED STATES HOUSE
   OF REPRESENTATIVES,

                 *Plaintiff,*

   v.                                 No. 19-cv-3557 (RDM)

WILLIAM P. BARR, in his official capacity
   as Attorney General of the United
   States, *et al.*,

                 *Defendants.*

---

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully notifies the Court of the D.C. Circuit's recent Order (attached as Exhibit A) in *Committee on the Judiciary v. McGahn*, No. 19-5331 (D.C. Cir.), vacating the panel's February 28, 2020 judgment and granting rehearing en banc, and in *United States House of Representatives v. Mnuchin*, No. 19-5176 (D.C. Cir.), ordering rehearing en banc. Both *McGahn* and *Mnuchin* involve the Article III standing of the House and its committees in cases involving the Executive Branch, an issue Defendants have contested in this case. The D.C. Circuit has scheduled *McGahn* and *Mnuchin* for oral argument before the en banc court on April 28, 2020.

                                Respectfully submitted,

                                /s/ Douglas N. Letter
                                Douglas N. Letter (DC Bar No. 253492)
                                  *General Counsel*
                                Todd B. Tatelman (VA Bar No. 66008)
                                  *Principal Deputy General Counsel*
                                Megan Barbero (MA Bar No. 668854)
                                  *Deputy General Counsel*

Josephine Morse (DC Bar No. 1531317)
*Deputy General Counsel*
Adam A. Grogg (DC Bar No. 1552438)
*Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

David A. O'Neil (DC Bar No. 1030615)
Anna A. Moody (DC Bar No. 1047647)
Laura E. O'Neill (DC Bar No. 1033764)
Nathaniel Johnson (DC Bar No. 241433)

DEBEVOISE & PLIMPTON, LLP
801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8000

*Counsel for Plaintiff the Committee on Oversight
and Reform, U.S. House of Representatives*

March 16, 2020