**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | No. 19-cv-3557 (RDM) |

## JOINT STATUS REPORT

Plaintiff, the Committee on Oversight and Reform of the U.S. House of Representatives, and Defendants Barr and Ross, in their official capacities, respectfully submit this joint status report in compliance with the Court's orders of March 10 and March 12, 2020. First, the parties separately address their proposals for further proceedings in this case in light of the pending proceedings in the D.C. Circuit in *Committee on the Judiciary v. McGahn*, No. 19-5331 (D.C. Cir.), and second they jointly address their continuing efforts to resolve their differences over the subpoenas at issue in this litigation.

**Plaintiff's Statement Concerning Further Proceedings**

On March 13, 2020, the D.C. Circuit granted rehearing en banc in *McGahn* and vacated the *McGahn* panel's judgment that a House committee lacks Article III standing to sue to enforce a subpoena for the testimony of a former Executive Branch official. *See United States House of Representatives v. Mnuchin*, No. 19-5176, 2020 WL 1228477, at *1 (D.C. Cir. Mar. 13, 2020).

The Court set *McGahn* and *Mnuchin*—another appeal involving the standing of the House in a dispute with the Executive Branch—for argument before the en banc court on April 28, 2020. *Id.*

The decision of the en banc D.C. Circuit in *McGahn* will inform this Court's determination of whether the Committee has Article III standing to pursue this subpoena-enforcement matter. The Committee respectfully suggests that this Court should not proceed in a way, as Defendants initially propose below, that pays no heed to the D.C. Circuit's order granting rehearing en banc in *McGahn*, and that the Court should await the en banc D.C. Circuit's decision in *McGahn* before adjudicating the parties' cross-motions in this case.[1] The Committee proposes that the parties submit a joint status report proposing how to proceed with this litigation not later than seven days after the D.C. Circuit issues its opinion in *McGahn*.

**Defendants' Statement Concerning Further Proceedings**

In *Committee on the Judiciary v. McGahn*, No. 19-5331, 2020 WL 1125837 (D.C. Cir. Feb. 28, 2020), the D.C. Circuit held that "[l]awsuits to resolve interbranch informational disputes" do not constitute Article III cases or controversies. *Id.* at *7. The D.C. Circuit expressly highlighted this lawsuit as an example of the sort of case that federal courts may not hear. *See id.* at *5. While the D.C. Circuit has agreed to re-hear *McGahn* en banc and vacated the panel's judgment, it has not vacated the panel opinion. *See* D.C. Circuit Rule 35(d) ("If rehearing en banc is granted, the panel's judgment, but ordinarily not its opinion, will be vacated . . . ."); *cf., e.g.*, *Ayuda, Inc. v. Thornburgh*, 919 F.2d 153, 154 (D.C. Cir. 1990) (Henderson, J., concurring)

---

[1] On March 20, 2020, in another case that includes a subpoena-enforcement claim brought by a House committee against the Executive Branch, Judge McFadden issued a stay pending further order of the Court in light of *McGahn*. *See* Order, *Comm. on Ways & Means v. U.S. Dep't of the Treasury*, No. 19-cv-1974 (D.D.C. March 20, 2020), ECF No. 91.

(explaining that a panel opinion is binding precedent even where mandate is stayed). As a matter of current circuit law, this Court thus lacks jurisdiction and should dismiss this case.

Defendants recognize that, in light of the forthcoming en banc proceedings in *McGahn*, this Court might elect to stay this action at this time, instead of dismissing it outright. *See* Order, *Comm. on Ways & Means v. U.S. Dep't of the Treasury*, No. 19-cv-1974 (D.D.C. March 20, 2020), ECF No. 91 (ordering such a stay, and observing that the panel opinion in *McGahn* currently remains binding precedent). If so, Defendants would not object to the Court's staying this case pending the completion of further proceedings in *McGahn* provided that any such stay extend through the completion of any Supreme Court proceedings, and not merely the completion of proceedings in the D.C. Circuit. *See id.* at 7 (noting that "the *en banc* court [in *McGahn*] may not be the final word"). Should the Court order such a stay, Defendants propose that the parties file a further joint status report within seven days of either (a) final action by the Supreme Court on any petition for certiorari filed in *McGahn*, or (b) if no such petition is filed, the expiration of the deadline to file such a petition.

**Joint Statement Concerning Negotiations**

Since the parties' most recent status report on March 12, 2020, *see* ECF No. 37, the parties have continued to confer concerning the additional documents sought by the subpoenas apart from those identified by the Committee as "priority" documents. In light of various complications resulting from the COVID-19 pandemic, *see generally In re Court Operations in Exigent Circumstances Created by the COVID-19 Pandemic* (D.D.C. Mar. 16, 2020), the parties respectfully suggest that they file their next status report on or before April 10, 2020, and every three weeks thereafter as necessary.

Respectfully submitted,

/s/ Douglas N. Letter
Douglas N. Letter (DC Bar No. 253492)
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
   *Principal Deputy General Counsel*
Megan Barbero (MA Bar No. 668854)
   *Deputy General Counsel*
Josephine Morse (DC Bar No. 1531317)
   *Deputy General Counsel*
Adam A. Grogg (DC Bar No. 1552438)
   *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

David A. O'Neil (DC Bar No. 1030615)
Anna A. Moody (DC Bar No. 1047647)
Laura E. O'Neill (DC Bar No. 1033764)
Nathaniel Johnson (DC Bar No. 241433)

DEBEVOISE & PLIMPTON, LLP
801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8000

*Counsel for Plaintiff the Committee on Oversight
   and Reform, U.S. House of Representatives*

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

4

5

        GARY D. FELDON (DC Bar No. 987142)
        STEVEN A. MYERS (NY Bar No. 4823043)
        Trial Attorneys

        United States Department of Justice
        Civil Division, Federal Programs Branch
        P.O. Box 883
        Washington, D.C. 20044
        Telephone: (202) 514-3358
        Fax:       (202) 616-8470
        E-mail:   james.gilligan@usdoj.gov

        *Attorneys for Defendants*

March 20, 2020