IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON OVERSIGHT AND
  REFORM, UNITED STATES HOUSE
  OF REPRESENTATIVES,

                *Plaintiff*,

v.                                                                  No. 19-cv-3557 (RDM)

WILLIAM P. BARR, in his official capacity
  as Attorney General of the United
  States, *et al.*,

                *Defendants*.

## JOINT STATUS REPORT

The parties respectfully submit this joint status report on their continuing efforts to resolve their differences over the subpoenas served on Defendants Barr and Ross, in their official capacities, by Plaintiff, the Committee on Oversight and Reform of the U.S. House of Representatives, in accordance with the parties' joint status report of June 12, ECF No. 43, and the Court's order of June 18. Since their June 12 report, the parties have continued to confer concerning the additional documents sought by the subpoenas, including certain documents identified by the Committee as "priority" documents. The parties respectfully propose, therefore, that they update the Court again on their efforts to reach an accommodation concerning these documents by not later than July 31, 2020.

                                              Respectfully submitted,

                                               /s/ Douglas N. Letter
                                            Douglas N. Letter (DC Bar No. 253492)
                                               *General Counsel*
                                            Todd B. Tatelman (VA Bar No. 66008)
                                               *Principal Deputy General Counsel*

Megan Barbero (MA Bar No. 668854)
   *Deputy General Counsel*
Josephine Morse (DC Bar No. 1531317)
   *Deputy General Counsel*
Adam A. Grogg (DC Bar No. 1552438)
   *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

David A. O'Neil (DC Bar No. 1030615)
Anna A. Moody (DC Bar No. 1047647)
Laura E. O'Neill (DC Bar No. 1033764)
Nathaniel Johnson (DC Bar No. 241433)

DEBEVOISE & PLIMPTON, LLP
801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8000

*Counsel for Plaintiff the Committee on Oversight
   and Reform, U.S. House of Representatives*


ETHAN P. DAVIS
Acting Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

       */s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

STEVEN A. MYERS (NY Bar No. 4823043)
Senior Trial Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-3358
Fax:    (202) 616-8470
E-mail:    james.gilligan@usdoj.gov

*Attorneys for Defendants*

July 10, 2020