# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | No. 19-cv-3557 (RDM) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report on their continuing efforts to resolve their differences over the subpoenas served on Defendants Barr and Ross, in their official capacities, by Plaintiff, the Committee on Oversight and Reform of the U.S. House of Representatives, in accordance with the parties' joint status report of July 31, 2020, ECF No. 45. Since their July 31 report, the parties have continued to confer concerning the additional documents sought by the subpoenas, including certain documents identified by the Committee as "priority" documents. The parties respectfully propose, therefore, that they update the Court again on their efforts to reach an accommodation concerning these documents by not later than September 11, 2020.

Respectfully submitted,

/s/ *Douglas N. Letter*
Douglas N. Letter (DC Bar No. 253492)
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
   *Principal Deputy General Counsel*

Megan Barbero (MA Bar No. 668854)
   *Deputy General Counsel*
Josephine Morse (DC Bar No. 1531317)
   *Deputy General Counsel*
Adam A. Grogg (DC Bar No. 1552438)
   *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

David A. O'Neil (DC Bar No. 1030615)
Anna A. Moody (DC Bar No. 1047647)
Laura E. O'Neill (DC Bar No. 1033764)
Nathaniel Johnson (DC Bar No. 241433)

DEBEVOISE & PLIMPTON, LLP
801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8000

*Counsel for Plaintiff the Committee on Oversight*
   *and Reform, U.S. House of Representatives*

ETHAN P. DAVIS
Acting Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

STEVEN A. MYERS (NY Bar No. 4823043)
Senior Trial Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883

2

                                                Washington, D.C.  20044
                                                Telephone: (202) 514-3358
                                                Fax:         (202) 616-8470
                                                E-mail:     james.gilligan@usdoj.gov

                                                *Attorneys for Defendants*

August 21, 2020