IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | No. 19-cv-3557 (RDM) |

## NOTICE OF WITHDRAWAL OF COUNSEL

I, Josephine Morse, hereby withdraw my appearance as counsel in this case. Plaintiff will continue to be represented by the other attorneys who have entered appearances in this case.

Respectfully submitted,

*/s/ Josephine Morse*
Josephine Morse (D.C. Bar No. 1531317)
   *Deputy General Counsel*

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, DC 20515
Telephone: (202) 225-9700
Jodie.Morse@mail.house.gov

January 19, 2021