IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>      *Plaintiff*,<br><br> v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>      *Defendants*. | No. 19-cv-3557 (RDM) |

## NOTICE

Plaintiff the Committee on Oversight and Reform respectfully submits this notice to update the Court about the status of this case. On January 13, 2021, Chairwoman Maloney reissued the subpoenas at issue in this case pursuant to her authority under House Rule II.8(c) (117th Cong.) ("the chair of a committee authorized during a prior Congress to act in a litigation matter is authorized to act as the successor in interest … and to take such steps as may be appropriate, including, but not limited to, the issuance of subpoenas, to ensure continuation of such litigation matter"). Defendants did not comply with the subpoenas before President Biden took office on January 20.

Following the change in Administrations, the parties have resumed discussions about a possible accommodation in this case. We will notify the Court if the parties are able to reach an accommodation. Pursuant to the Court's order of October 15, 2020, the parties will file a joint status report no later than ten days after the D.C. Circuit issues a decision in *Committee on the Judiciary v. McGahn*, No. 19-5331 (D.C. Cir.) (oral argument scheduled for April 27, 2021).

/s/ Douglas N. Letter
Douglas N. Letter (DC Bar No. 253492)
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
   *Principal Deputy General Counsel*
Megan Barbero (MA Bar No. 668854)
   *Deputy General Counsel*
William E. Havemann (VA Bar No. 86961)
   *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

David A. O'Neil (DC Bar No. 1030615)
Anna A. Moody (DC Bar No. 1047647)
Laura E. O'Neill (DC Bar No. 1033764)
Nathaniel Johnson (DC Bar No. 241433)

DEBEVOISE & PLIMPTON, LLP
801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8000

*Counsel for Plaintiff the Committee on Oversight
   and Reform, U.S. House of Representatives*

February 26, 2021