IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | No. 1:19-cv-3557 (RDM) |
| MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | ) ) ) ) ) | |
| *Defendants*. | ) ) | |

## JOINT STATUS REPORT

The Court's Minute Order of October 15, 2020, directed the parties to file a joint status report no later than ten (10) calendar days after the D.C. Circuit's *en banc* decision in *Committee on the Judiciary v. McGahn*, No. 19-5331 (D.C. Cir.), informing the Court of their respective positions on further proceedings in this case.

Pursuant to the Court's order, the parties inform the Court that they have again been conferring in an effort to resolve their differences over the subpoenas served on Defendants Garland and Raimondo, in their official capacities,[1] by Plaintiff, the Committee on Oversight and Reform of the U.S. House of Representatives. The parties respectfully propose, therefore, that they update the Court again on their efforts to reach an accommodation concerning the documents sought by these subpoenas no later than August 2, 2021.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Merrick B. Garland, in his official capacity as Attorney General of the United States, and Gina M. Raimondo, in her official capacity as U.S. Secretary of Commerce, are automatically substituted as Defendants to this action as successors, respectively, to William P. Barr and Wilbur L. Ross, Jr.

Dated:  July 23, 2021

        Respectfully submitted,

        BRIAN BOYNTON
        Assistant Attorney General

        BRIAN D. NETTER
        Deputy Assistant Attorney General

        JOHN R. GRIFFITHS
        Director

        ELIZABETH J. SHAPIRO
        Deputy Director


        */s/ James J. Gilligan*
        JAMES J. GILLIGAN
        Special Litigation Counsel

        SERENA M. ORLOFF
        STEVEN A. MYERS
        CRISTEN C. HANDLEY
        Attorneys
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        P.O. Box 883
        Washington, D.C.  20044

        Telephone:  (202) 514-3358
        Fax:            (202) 616-8470
        E-mail:        james.gilligan@usdoj.gov

        *Counsel for Defendants*

   */s/ Douglas N. Letter*
Douglas N. Letter (DC Bar No. 253492)
  *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Megan Barbero (MA Bar No. 668854)

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff Committee on Oversight and Reform, U.S. House of Representatives*