# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | No. 1:19-cv-3557 (RDM) |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | ) ) ) ) ) | |
| *Defendants.* | ) ) ) | |

## JOINT STATUS REPORT

The parties respectfully submit the following joint status report in compliance with the Court's Order of July 26, 2021.

Since the parties submitted their most recent status report on July 23, 2021, the parties have reached an agreement in principle that, they expect, will facilitate the resolution of this action.  The parties are working diligently to reduce their agreement to writing and obtain the necessary approvals, which the parties will endeavor in good faith to complete by no later than August 12, 2021.  The parties therefore jointly request that they file a further joint status report on or before August 12, 2021.

Dated:  August 2, 2021

Respectfully submitted,

BRIAN BOYNTON
Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

ELIZABETH J. SHAPIRO
Deputy Director

JAMES J. GILLIGAN
Special Litigation Counsel

 */s/ Steven A. Myers*
SERENA M. ORLOFF
STEVEN A. MYERS
CRISTEN C. HANDLEY
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044

Telephone:   (202) 514-3358
Fax:             (202) 616-8470
E-mail:        james.gilligan@usdoj.gov

*Counsel for Defendants*


 */s/ Douglas N. Letter*
Douglas N. Letter (DC Bar No. 253492)
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff Committee on Oversight
and Reform, U.S. House of Representatives*