IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | No. 1:19-cv-3557 (RDM) |

## JOINT STATUS REPORT

The parties respectfully submit the following joint status report in compliance with the Court's Minute Order of November 2, 2021.

Since the parties filed their most recent status report, ECF No. 59, on October 29, 2021, they have continued to work diligently and in good faith to execute the terms of their agreement, a copy of which is attached to their August 30, 2021, status report, ECF No. 59. The parties continue to believe these efforts will facilitate resolution of this case. Accordingly, the parties jointly request that they file a further joint status report on or before December 23, 2021.

Dated: December 13, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

ELIZABETH J. SHAPIRO
Deputy Director

 /s/  *James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

STEVEN A. MYERS
CRISTEN C. HANDLEY
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044

Telephone:   (202) 514-3358
Fax:              (202) 616-8470
E-mail:         james.gilligan@usdoj.gov

*Counsel for Defendants*


 /s/ *Douglas N. Letter*
Douglas N. Letter (DC Bar No. 253492)
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff Committee on Oversight and Reform, U.S. House of Representatives*

2