IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>    *Plaintiff*,<br><br>  v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>    *Defendants*. | No. 1:19-cv-3557 (RDM) |

## JOINT STATUS REPORT

The parties respectfully submit the following joint status report in compliance with the Court's Minute Order of December 27, 2021.

Since the parties filed their most recent status report on December 23, 2021, Defendants have completed production of the documents requested by the Committee in accordance with the terms of the parties' Agreement Concerning Accommodation, a copy of which is attached to their August 30, 2021, status report (ECF No. 59). Pursuant to the parties' Agreement, they will file today a stipulation of dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii).

Dated:  January 7, 2022

                 Respectfully submitted,

                 BRIAN M. BOYNTON
                 Acting Assistant Attorney General

                 BRIAN D. NETTER
                 Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

ELIZABETH J. SHAPIRO
Deputy Director


 /s/ James J. Gilligan
JAMES J. GILLIGAN
Special Litigation Counsel

STEVEN A. MYERS
CRISTEN C. HANDLEY
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044

Telephone:   (202) 514-3358
Fax:         (202) 616-8470
E-mail:      james.gilligan@usdoj.gov

*Counsel for Defendants*



 /s/ Douglas N. Letter
Douglas N. Letter (DC Bar No. 253492)
  *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff Committee on Oversight and Reform, U.S. House of Representatives*