IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | No. 1:19-cv-3557 (RDM) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate that this action, and all claims asserted therein, are dismissed, with prejudice, each side to bear its own fees and costs.

Dated:  January 7, 2022

                                                 Respectfully submitted,

                                         */s/ Douglas N. Letter*
                                        Douglas N. Letter (DC Bar No. 253492)
                                             *General Counsel*
                                        Todd B. Tatelman (VA Bar No. 66008)

                                        OFFICE OF GENERAL COUNSEL
                                        U.S. HOUSE OF REPRESENTATIVES
                                        5140 O'Neill House Office Building
                                        Washington, D.C. 20515

                                        Telephone: (202) 225-9700
                                        douglas.letter@mail.house.gov

                                        *Counsel for Plaintiff Committee on Oversight*
                                        *and Reform, U.S. House of Representatives*

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

ELIZABETH J. SHAPIRO
Deputy Director


*/s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel


STEVEN A. MYERS
CRISTEN C. HANDLEY
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044

Telephone:  (202) 514-3358
Fax:             (202) 616-8470
E-mail:        james.gilligan@usdoj.gov

*Counsel for Defendants*